UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>JOSE CARDENAS,<br>                            Defendant. | 25-CR-260 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of the Government's email dated June 11, 2025, seeking review of the Defendant's bail determination (the "Bail Appeal").

It is hereby **ORDERED** that the parties shall file any letter briefs in connection with the Bail Appeal, if any, by **2:00 pm on June 12, 2025**.

It is further **ORDERED** that the parties shall appear before the Honorable Dale E. Ho (Part I Judge) on **June 12, 2025, at 3:30 p.m.** in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

The Government shall provide a copy of this Order and the Defendant's bail determination to the on-duty CJA attorney.

SO ORDERED.

Dated: June 11, 2025
        New York, New York

                                                DALE E. HO
                                        United States District Judge