UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               v.<br><br>JOSE CARDENAS,<br>                    Defendant. | 25-CR-260 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Government will not appeal the bail order issued in this matter at this time.

It is hereby **ORDERED** that the hearing previously scheduled for June 12, 2025, at 3:30 p.m. is canceled.

SO ORDERED.

Dated: June 12, 2025
       New York, New York

                                                     DALE E. HO
                                          United States District Judge
                                                Part I Judge